Criminal Court of Appeals
Austin, Texas

Donte Houston 1773270
Vs.
The State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 0 [ ]
Abel Acosta, Clerk

Clerk: Abel Acousta

"Assault On A Public
Servant"
CAUSE # 11CR-033
P.D.-1523-14
Date filed: Feb. 2, 2015

## Document Request

I Donte Houston Applicant in Appeal filed with the Criminal Court of Appeals, Austin, Texas was Ruled as time barred case #11CR-033 "Assault On A Public Servant."

I ask that the clerk return the Appeal the was filed in December 2014. This is Necessary for further Appeals and to Preserve Evidence that was included in Appeal. Evidence such as: Transcripts, Docket Sheet stating (Judge gave order for Medical Examination), Release Date Form showing 3-2-12 as release from state jail, Incident Report statement by Bowman etc.
Or. that evidence portion be returned.

Please Return
To:

Donte Houston # 1773270
2101 F.M. 369
Allred Unit
Iowa Park, Texas 76367